BEFORE THE SECOND DIVISION, MAY 15, 1941

**No. 45838.**—Protests 969998–G, etc., of Mitsubishi Shoji Kaisha, Ltd. (Los Angeles).

638

Opinion by TILSON, J.   Counsel having agreed that the merchandise is similar to that involved in Abstract 44750 the protests were sustained.